■ In the Matter of the Estate of FRANK SALDO, Deceased. MARY AIELLO, as Administratrix of the Estate of FRANK SALDO, Deceased, Appellant; LOUIS SALDO, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 1 A D 2d 936.]

■ INDUSTRIAL BANK OF UTICA, Appellant, v. CHARLES TYROLER et al., Respondents.— Appeal dismissed, without costs upon stipulation.

■ THOMAS GALLAGHER, Appellant, v. SYMINGTON-GOULD CORPORATION, Respondent.— Appeal dismissed, without costs upon stipulation.

■ JAMES STARK, Respondent, v. ANDREW WROBLEWSKI, Appellant, et al. — Appeal dismissed, without costs upon stipulation.

■ SECURITY TRUST COMPANY OF ROCHESTER, Respondent, v. SQUIRE J. KINGSTON, Appellant.— Appeal dismissed, without costs upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP MILBERGER, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs upon stipulation.

■ MICHAEL F. REGAN, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs upon stipulation.

■ In the Matter of FRED H. AVARD et al., Petitioners, against ONEITA KNITTING MILLS, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ TOWN OF PERINTON, Respondent, v. SAM MUZEKA et al., Appellants.— Order entered January 4, 1956 (1 A D 2d 795), amended by striking therefrom the words " with costs, together with ten dollars costs of this motion " and inserting in place thereof the words " without costs."

■ ELLEN AGENCY, INC., Plaintiff, v. HENRY SCHOLL, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ RUTH C. ROSEN et al., as Executors and Trustees of RALPH CHASHIN, Deceased, Respondents-Appellants, v. A. R. BRAUN et al., Appellants-Respondents, et al., Defendants. HOWARD BLUM et al., Respondents-Appellants, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendants. JACOB F. FREIBERGER et al., Respondents-Appellants, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendant. HARRY TROUPIANSKY, on Behalf of Himself, the Prosperity Company, Inc., and All of Its Stockholders, Respondent-Appellant, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendants.— Stay granted pending hearing and determination of appeal on condition that appellant's briefs filed on or before May 9, 1956, and that appeal be argued at this term of court, and in all other respects motion denied. The matter of fixing the date for trial of the consolidated actions is forthwith referred to Mr. Justice PETERSON who will preside at the Equity Term to be held in Onondaga County commencing on June 4, 1956. [See post, p. 654.]

■ In the Matter of WILBUR McDERMOTT et al., Appellants, against JOHN JOHNSON, as Superintendent of Public Works, Respondent.— Order entered March 14, 1956, vacated. [See 1 A D 2d 937.]

■ GLENN R. JAMISON, Appellant, v. HERBERT W. LAWRENCE, Respondent.— Appeal dismissed for failure to comply with previous order, with costs.

■ In the Matter of the Application of ROMEYN VAUGHN, Oneida County Commissioner of Jurors, to Destroy Certain Records.— Order entered for destruction of records.